JS 97-cr-98



15th June 2022

Honorable J.P Stadtmueller
U.S District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: United States v. Kevin O'Neill, Case No. 97-CR-98-JPS

Dear Judge Stadtmueller,

I am writing to you on behalf of Kevin O' Neill and the O'Neill family in support for his compassionate release pursuant to Federal Statutes. First let me introduce myself, my name is Timmy Voltz and I am a retired UAW Chrysler Worker who, 39 Years ago, started a Sober Motorcycle Club called Outcasts MC. This motorcycle club is a straight and sober club which has a chapter in Kenosha, Madison WI, and Dayton Ohio. This motorcycle club is unique in the way you must be sober and straight to be a member and, in the process of staying sober ourselves, we have created a halfway house to help the rehabilitation of men who want to get sober and straight. Our halfway house partners with State and Federal Probation officers to help Parolees by giving them an opportunity to continue their sobriety through supervision, counseling, and a supportive, safe environment. We are active in working together with the State and Federal Probation officers to continue providing this opportunity.

I would also like it known that when I inquired about being able to take federal and state prisoners in our halfway house the Federal and the State Probation Office said No after I told them I was a motorcycle club. I then asked the Federal and the State Probation Office to come and see our halfway house, to see what we do. Both offices replied that they would come and see our facilities. When they came and I showed them around it took them both 5 minutes to say this would absolutely work and so we are now able to take prisoner from both programs.

I have known Kevin O'Neill for about 40 years. I am now 70 years old. We met because of our common interest in Motorcycles and became very good friends. During those 40 years I have established a very good friendship with Kevin. Since the time of Kevin's incarceration, we have remand in close contact and, because of our friendship, he has directed me to people that are getting out of prison and some people he has known from the past with addiction problems to give them help. We have been able to help them and place them in our halfway house to help them with their sobriety. I would also like it know that Kevin has known about our Sober Motorcycle club since we met and he has always supported our cause, even before he went to prison.

I would also like it known that Kevin has changed enough to be granted and released from prison and we would be instrumental in helping him rehabilitate to society. I would like to tell you a true story about my brother, Artur Gary Voltz. He also rode with Outlaws Motorcycle Club and in the process shot his girlfriend and killed her. I believe this happened in the late 70's early

80's. I cannot recall the exact date, but he was sentenced to life imprisonment in Tennessee. After about 23 years of being incarcerated he was released back into society in May 2003. My brother got a job with the Veteran Administration as a maintenance worker and is still

employed there today. My brother has never been in trouble since his release and has become a productive member of society, and we remain in very close contact. This heinous crime was committed while he was drunk and high. Since his release, he has remained sober and a law-abiding citizen. So, I know and believe a man can be rehabilitated. I think that Kevin O'Neil also falls into this category. When I knew Kevin O'Neill, he was a heavy drinker and drug user and has stayed sober and straight while in prison. This makes me believe that Kevin has changed his life.

I am quite confident that Kevin O'Neill can once again become a productive member of society. With all this in mind, your Honor, I would hope you would consider granting a compassionate release to Kevin O'Neill.

Your Honor, I would like to thank you for taking the time to read this letter and considering Kevin O'Neill for a compassionate release.

In closing, please feel free to contact me via email or phone should you have questions or want to discuss any of the points or background I have shared within this letter.

Very truly yours,

*[signature]*

Timmy K Voltz
961 Lakeside Drive
Largo, Florida 33778
262 705 7249
outcasts01@gmail.com