Timmy K Voltz
961 Lakeside Drive
Largo, FL 33778

97-CR-98-1

MILWAUKEE WI 530
JUN 2022 PM 1 L

RECEIVED
JUN 21 2022
J.P. STADTMUELLER
U.S. DISTRICT COURT

Honorable J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202