# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KEVIN P. O'NEILL,<br><br>                  Defendant. | Case No. 97-CR-98-1-JPS<br><br><br>**ORDER** |

On May 9, 2022, Defendant filed a motion with the Court for compassionate release or, alternatively, a reduction in sentence. ECF No. 2285. On May 13, 2022, the Court referred the motion to the Federal Defender Services of Wisconsin, Inc. ("FDS") for review and ordered FDS to advise the Court by May 27, 2022 whether FDS intends to file anything on Defendant's behalf. ECF No. 2286. On June 22, 2022, FDS filed a motion for an extension of time to inform the Court of its determination until June 29, 2022. ECF No. 2290. On June 23, 2022, the Court granted that motion and ordered FDS to inform the Court of its determination by June 29, 2022. ECF No. 2292.

At this juncture, having received nothing from FDS, the Court will order the Government to file its response to Defendant's motion for compassionate release or, alternatively, a reduction in sentence, ECF No. 2285, on or before **August 10, 2022**. Defendant shall file his reply brief in support of his motion for compassionate release or, alternatively, a reduction in sentence, ECF No. 2285, within Twenty-One (21) days after the Government files its response.

Accordingly,

**IT IS ORDERED** that the Government file its response to Defendant's motion for compassionate release or, alternatively, a reduction in sentence, ECF No. 2285, on or before **August 10, 2022**; and

**IT IS FURTHER ORDERED** that Defendant file his reply brief in support of his motion for compassionate release or, alternatively, a reduction in sentence, ECF No. 2285, within Twenty-One (21) days after the Government files its response.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge