UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                        Case No. 97-CR-0098

KEVIN P. O'NEILL,

                    Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 1, 2022, I electronically filed a Request for Extension of Time with the Clerk of the Court using the ECF system and I hereby certify that I have mailed a copy of the document submitted to the Court to:

Kevin P. O'Neill
Reg. No. 00322-748
FCI Oxford
Federal Correctional Institute
P.O. Box 1000
Oxford, WI 53952

                    _____
                    s/Jonathan H. Koenig
                    Assistant United States Attorney
                    Bar Number: 1045517
                    Attorney for Plaintiff
                    Office of the United States Attorney
                    Eastern District of Wisconsin
                    517 E. Wisconsin Avenue, Room 530
                    Milwaukee, Wisconsin 53202
                    Telephone: (414) 297-1700
                    Fax: (414) 297-1738
                    E-Mail: jonathan.h.koenig@usdoj.gov