TRULINCS 00322748 - O'NEILL, KEVIN P - Unit: PEK-A-B

---

FROM: 00322748
TO:
SUBJECT: Notice of Filing - Dec. 1, 2023
DATE: 11/21/2023 08:39:00 PM

File:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                      Case No. 97-CR-98-JPS

KEVIN P. O'NEILL,

    Defendant.

---

## NOTICE OF FILING

Pursuant to 28 U.S.C. Section 1746, I hereby certify that on the ___1st___ day of December, 2023, I mailed the following documents utilizing the Institution's Legal Mail procedures, via the U.S. Postal Service prepaid Certified Mail to the Clerk's Office: "O'Neill's Supplemental Motion" and "Motion to Restrict Access."

Due to the length of the motion and number of exhibits, I am requesting that the government be served electronically through the Court's electronic case filing system. This notice was sent on this same date via the U.S. Postal Service, with prepaid First-class postage affixed to:

Jonathan H. Koenig
Assistant United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202

Kevin O'Neill
Federal Register No. 00322-748
FCI - Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000