UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                         Case No. 97-CR-0098

KEVIN P. O'NEILL,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed Government's Supplemental Authority with the Clerk of the Court using the ECF system and I hereby certify that I have mailed a copy of the document submitted to the Court to:

Kevin P. O'Neill
Reg. No. 00322-748
FCI Pekin
Federal Correctional Institute
P.O. Box 5000
Pekin, IL 61555-5000

                                                            _____
                                                            s/Jonathan H. Koenig
                                                            Assistant United States Attorney
                                                            Bar Number: 1045517
                                                            Attorney for Plaintiff
                                                            Office of the United States Attorney
                                                            Eastern District of Wisconsin
                                                            517 E. Wisconsin Avenue, Room 530
                                                            Milwaukee, Wisconsin 53202
                                                            Telephone: (414) 297-1700
                                                            Fax: (414) 297-1738
                                                            E-Mail: jonathan.h.koenig@usdoj.gov