UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KEVIN P. O'NEILL,<br><br>　　　　　　　Defendant. | Case No. 97-CR-98-1-JPS<br><br><br>**ORDER** |

　　　　Before the Court is Defendant Kevin P. O'Neill's ("Defendant") pending motion to restrict document. ECF No. 2391. The motion "relies upon the facts and circumstances described" in the document that Defendant seeks to restrict. *Id.* That document, ECF No. 2390, purports to be a submission of medical records, but no such medical records were enclosed. There is therefore no basis to seal the document and Defendant's motion to restrict will be denied.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Defendant Kevin P. O'Neill's motion to restrict be and the same is hereby **DENIED**.

　　　　Dated at Milwaukee, Wisconsin, this 14th day of October, 2025.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　J. P. Stadtmueller
　　　　　　　　　　　　　　　U.S. District Judge