# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KEVIN P. O'NEILL,<br><br>　　　　　　　　Defendant. | Case No. 97-CR-98-1-JPS<br><br><br>**ORDER** |

The Court recently denied Defendant Kevin P. O'Neill's ("Defendant") motion to restrict documents. ECF Nos. 2391, 2395. The Court found that the motion failed to enclose the documents sought to be restricted. ECF No. 2395. Defendant subsequently asked the Court to reconsider this decision, highlighting that the documents sought to be restricted were indeed submitted to the Court and docketed separately at ECF No. 2392. ECF No. 2396. The Court regrets the error, and consistent with Defendant's request, will vacate its prior order and grant his motion to restrict. The filing at ECF No. 2392 will remain under case participant-only restriction until further order of the Court.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Defendant Kevin P. O'Neill's request for reconsideration, ECF No. 2396, be and the same is hereby **GRANTED**;

　　　　**IT IS FURTHER ORDERED** that the Court's prior order, ECF No. 2395, be and the same is hereby **VACATED**; and

　　　　**IT IS FURTHER ORDERED** that Defendant Kevin P. O'Neill's motion to restrict, ECF No. 2391, be and the same is hereby **GRANTED**; the

submission at ECF No. 2392 shall remain under case participant-only restriction until further order of the Court.

Dated at Milwaukee, Wisconsin, this 28th day of October, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge